THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Darrell S. Rochester, Petitioner
 v.
 State of South Carolina, Respondent
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2007-UP-253
Submitted May 1, 2007  Filed May 24, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.  
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Paula S. Magargle, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Darrell S. Rochester appeals the dismissal of his Petition for Writ of Habeas Corpus.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Rochesters appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.